JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALVARADO, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF EL MONTE; SERGEANT KENNETH FRASER and DOES 2-10,<br><br>　　　　　　Defendants.<br>_____ | No. CV14-08430 RGK (JEMx)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** |

///

1

[PROPOSED] ORDER

Upon consideration of the joint stipulation of Plaintiff Raymond Alvarado and Defendant City of El Monte to dismiss this entire action, with prejudice, and with GOOD CAUSE SHOWING:

**IT IS HEREBY ORDERED:**

1. The Joint Stipulation is GRANTED;
2. The entire action is hereby dismissed with prejudice;
3. Plaintiff and Defendants will bear their own attorneys fees and costs of suit, with respect to each other, as accrued through the date of this order.

**IT IS SO ORDERED.**

DATED: October 30, 2015

*[signature: Gary Klausner]*

Hon. R. Gary Klausner

United States District Court Judge